**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America,           ) | CR 03-261-02-PHX-FJM |
|                                     ) |  |
|       Plaintiff,                    ) | **ORDER** |
|                                     ) |  |
| vs.                                 ) |  |
|                                     ) |  |
| Tamer F. Swailem,                   ) |  |
|                                     ) |  |
|       Defendant.                    ) |  |
|                                     ) |  |

The court has before it "Defendant's Expedited Motion to Exonerate Bond" (doc. 1445), to which no response has been received. However, a review of the docket indicates that a $100,000.00 surety bond was exonerated by order dated November 26, 2003 (doc. 335), and a $5,000.00 cash bond was exonerated by order dated November 30, 2006 (doc. 1362). In order to assist the court in clarifying matters, it is ORDERED that the government shall file a written response to the Motion no later than March 19, 2015.

DATED this 9th day of March, 2015.

*Frederick J. Martone*

Frederick J. Martone
Senior United States District Judge